1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700

5  Counsel for Defendant MIGUEL LOPEZ

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11

12 | UNITED STATES OF AMERICA,              ) No. 3-10-70821 BZ
                                            )
13 |         Plaintiff,                     ) STIPULATION AND [PROPOSED] ORDER
                                            ) CONTINUING DATE FOR PRELIMINARY
14 |      v.                                ) HEARING OR INDICTMENT FROM
                                            ) OCTOBER 1, 2010 TO OCTOBER 8, 2010
15 | MIGUEL LOPEZ,                          ) UNDER FED. R. CRIM. P. 5.1 AND
     a/k/a Benito MARTINEZ                  ) EXCLUDING TIME UNDER 18 U.S.C. § 3161
16 | a/k/a Jorge LOSANO                     )
                                            )
17 |         Defendant.                     )
                                            )
18

19                              **STIPULATION**

20     Defendant's next appearance on the duty calendar for preliminary hearing or arraignment is

21  scheduled for October 1, 2010. The parties now request that the Court continue the date to

22  October 8, 2010 in order that the parties may try to reach a pre-indictment resolution of the case

23  before that time. The parties thus request that pursuant to Federal Rule of Criminal Procedure

24  5.1(d), the time limits set forth in Rule 5.1(c) be extended through October 8, 2010. The parties

25  agree that, taking into account the public interest in prompt disposition of criminal cases, good

26  cause exists for this extension.

27  ///

28

STIP. & [PROPOSED] ORDER CONT. DATE FOR
PREL. HRG. AND EXCLUDING TIME
No. 3-10-70821 BZ                                                                          1

1  The parties also agree to exclude for this period of time any time limits applicable under 18 U.S.C. § 3161. The parties agree that the continuance represents the reasonable time necessary for effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:  MELINDA HAAG
United States Attorney

DATED: September 28, 2010        /s/
LOWELL POWELL
Special Assistant United States Attorney

DATED: September 27, 2010        /s/
SHAWN HALBERT
Assistant Federal Public Defender

### [~~PROPOSED~~] ORDER

For the reasons stated above, the Court finds that taking into account the public interest in prompt disposition of criminal cases, good cause exists for the continuance of time for the defendant's preliminary hearing or arraignment from October 1, 2010 to October 8, 2010 in light of the facts contained in the stipulation of the parties. Fed. R. Crim. P. 5.1(d). Further, the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A) as the failure to grant the requested continuance would deny the defendant effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

SO ORDERED.

DATED 28 Sept '10

BERNARD ZIMMERMAN
United States Magistrate Judge