MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

LOWELL C. POWELL (CABN 235446)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7368
    Facsimile: (415) 436-7234
    E-Mail: lowell.powell2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>     v. <br> MIGUEL LOPEZ, <br>     a/k/a Benito Martinez, <br>     a/k/a Jorge Losano, <br>     Defendant. | No. CR 10-0721 RS <br><br> **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161** |

    On November 2, 2010, the parties in this case appeared before the Court. At that time, the Court set the matter to November 23, 2010. The parties have agreed to exclude the period of time between November 2, 2010 and November 23, 2010, from any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow for continuity of defense counsel, as Ms. Halbert was unable to attend the November 2, 2010 hearing because of illness. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

///

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 10-0721 RS

1  At the hearing, the Court made findings consistent with this agreement. SO STIPULATED:

                                                MELINDA HAAG
                                                United States Attorney

DATED: November 4, 2010                      _____/s/_____
                                                LOWELL C. POWELL
                                                Special Assistant United States Attorney

DATED: November 4, 2010                      _____/s/_____
                                                SHAWN HALBERT
                                                Attorney for MIGUEL LOPEZ

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 10-0721 RS

[PROPOSED] ORDER

For the reasons stated above and at the November 2, 2010 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from November 2, 2010 through November 23, 2010 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Denying the requested exclusion of time would unreasonably deprive the defendant of continuity of counsel.  18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 11/4/10

_____
THE HONORABLE RICHARD SEEBORG
United States District Judge

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 10-0721 RS