BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant MIGUEL LOPEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00721 RS |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATE FROM |
| ) | JANUARY 25, 2011 TO FEBRUARY 8, 2011 |
| v. ) | |
| ) | |
| MIGUEL LOPEZ, ) | |
| a/k/a Benito MARTINEZ, ) | |
| a/k/a Jorge LOSANO, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION**

Defendant's sentencing hearing is scheduled for January 25, 2011. Due to scheduling issues in arranging a contact visit with defendant at Santa Rita Jail, undersigned defense counsel requests additional time to review the presentence investigation report and related documents with her client prior to sentencing and thus requests that the matter be continued to the Court's next available calendar of February 8, 2011. In light of the defense's representations, the

///

///

///

STIP. & [PROPOSED] ORDER CONT. SENT. DATE
No. CR 10-00721 RS                                                                                              1

government has no objection to this request.


SO STIPULATED:					MELINDA HAAG
							United States Attorney


DATED: January 24, 2011				        /s/
							LOWELL POWELL
							Special Assistant United States Attorney


DATED: January 24, 2011				        /s/
							SHAWN HALBERT
							Assistant Federal Public Defender


## [~~PROPOSED~~] ORDER

For the reasons stated above, the Court hereby continues the sentencing hearing in this matter from January 25, 2011 to February 8, 2011.

SO ORDERED.


DATED:  1/24/11				_____
							HONORABLE RICHARD SEEBORG
							United States District Judge

STIP. & [~~PROPOSED~~] ORDER CONT. SENT. DATE
No. CR 10-00721 RS                                                                                                                2